**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MAKIKO KIMURA,

      Plaintiff,                             Case No.: 1:26-cv-03337

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
| --- | --- |
| 1 | QuJingJunQiuShangMao |
| 2 | HEYIWANGLUO |
| 3 | Deruiqi |
| 4 | qinrenerxinmaoyi |
| 5 | usfashionstore |
| 6 | DreamTrue Shop |
| 7 | jiongduwuju |
| 8 | qingdaoxinchuangchengzhuangshigongcheng |
| 9 | zhengzhousaminshangmaoyouxiangongsi |
| 10 | FuYangAoYingShangMao |
| 11 | Warlesms |
| 12 | GuangZhouChaZiRouDianZiShangWuYouXianGongSi |
| 13 | chishao |
| 14 | SunWings |
| 15 | dalianguyanwangshishangmao |
| 16 | 莆田市荔城区利刁贸易有限公司 |
| 17 | YingteTrading |
| 18 | yueyanAD |
| 19 | fansells |
| 20 | dpclubs |
| 21 | touchoftaradise |
| 22 | moonosa |

1

| 23 | seasonalhomelife |
|----|------------------|
| 24 | joyinbox |
| 25 | Milanoo |
| 26 | minitaylor |
| 27 | HANDDEALS |
| 28 | coodeals |
| 29 | paziyewholesale |
| 30 | babieswuvus |
| 31 | paintsomeway |
| 32 | everydayedeals |
| 33 | outdoortide |
| 34 | diamondartgift |
| 35 | adiamondpainting |
| 36 | prodpdiy |
| 37 | wonderclosets |
| 38 | streetsangels |