**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MAKIKO KIMURA,

  Plaintiff,           Case No.: 1:26-cv-03337

v.                Judge Rebecca R. Pallmeyer

THE PARTNERSHIPS AND UNINCORPORATED  Magistrate Judge Albert Berry, III
ASSOCIATIONS IDENTIFIED ON SCHEDULE
"A",

  Defendants.

**DECLARATION OF SERVICE**

  I, Keith A. Vogt, declare as follows:

  1.  I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, MAKIKO KIMURA ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

  2.  This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Makiko Kimura and any email addresses provided for Defendants by third parties that includes a link to said website.

  3.  I hereby certify that on April 15, 2026, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon Payments,

Inc. ("Amazon") and PayPal, Inc. ("PayPal") marketplaces, as identified and provided for Defendants by third parties.

4. I hereby certify that on or before April 15, 2026, I electronically published the Complaint, TRO, and Summons on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion and Memorandum in Support of Preliminary Injunction on said website.

5. I hereby certify that on April 15, 2026, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon and PayPal marketplaces, as identified and provided by third parties for Defendants, that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2026.


*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*

2