# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Skechers U.S.A., Inc. II

                                        Plaintiff,

v.
                                         Case No.:
                                         1:24–cv–04541
                                         Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations d/b/a The Domain Names Identified on Schedule A, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: At R. 39, the Abrahamstore Defendants move to modify the asset restraint and oppose entry of the preliminary injunction. At R. 160, additional Defendants move to vacate or modify the preliminary injunction. The Court will hold a joint hearing on these two motions. Prior to the hearing, Plaintiff is entitled to collect limited and expedited discovery relevant to the issues in these motions. By 12/20/2024, the parties shall submit a joint status report setting forth the following: 1) an agreed schedule to complete any outstanding briefing on these motions; 2) an agreed schedule to complete any discovery required in advance of the hearing; and 3) the anticipated length of the hearing. Based on the information set forth in the joint status, the Court will then set a hearing date. As described above, Plaintiff's motion at R. [158] for a stay on R. 39 to conduct discovery is granted. Mailed notice.(ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.