# EXHIBIT 4

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Skechers U.S.A., Inc. II

                                  Plaintiff,

v.

                                        Case No.:
1:24–cv–00596

Honorable Jeremy C. Daniel

The Partnerships and Unincorporated Asociations, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. The plaintiff's motion to stay defendants' motion to dismiss and to vacate or modify the preliminary injunction in order to conduct discovery [85] is granted. The following briefing schedule reflects that stay, which is intended to allow the parties to obtain any discovery necessary to respond to the pending motions [71 and 72]: the plaintiff shall respond to those motions on or before August 6, 2024; any replies are due on or before August 20, 2024. The parties are reminded that discovery has been referred to the Magistrate Judge, so they must address any discovery schedules or disputes with the Magistrate Judge. The plaintiff's motion for prejudgment asset restraint [73] is under advisement. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.