**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MAKIKO KIMURA,

        Plaintiff,

vs.

The Partnerships and Unincorporated
Associations Identified on Schedule A,

        Defendants.

**Civil Action No.: 1:26-cv-03337**

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Huixinda (Foshan) E-commerce Co., Ltd d/b/a DreamTrue Shop ("Defendant"), by and through its undersigned counsel, respectfully moves this Court for a thirty (30) day extension of time, up to and including July 6, 2026, to answer or otherwise plead in response to the Complaint. In support thereof, Defendant states as follows:

1. On April 15, 2026, Plaintiff served Defendant through Email, with an initial deadline to file an answer or otherwise respond by May 6, 2026. Dkt. 25.

2. On May 6, 2026, this Court granted Defendant's first unopposed motion for extension of time and extended Defendant's deadline to answer or otherwise plead through June 5, 2026. Dkt. 29.

3. Since the entry of that extension, the United States Court of Appeals for the Seventh Circuit issued its decision in *Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co.*, No. 25-2205, 2026 WL 1502198 (7th Cir. May 29, 2026), which held that the Hague Convention does not permit service by email on defendants located in China.

1

4. In light of that recent decision, Defendant, a company located in China, requires additional time to evaluate the potential impact of *Kangol* on the validity of service in this action, consult with its client, and determine the appropriate response to the Complaint.

5. In addition, the parties are currently engaged in settlement discussions regarding a potential resolution of this matter. Granting the requested extension may facilitate those discussions and avoid unnecessary motion practice.

6. The requested extension is sought in good faith, is reasonable, will not prejudice Plaintiff, and may conserve judicial resources.

7. Defendant has conferred with Plaintiff regarding the requested extension. Plaintiff does not oppose this Motion.

**WHEREFORE**, Defendant respectfully requests that the Court grant this Motion and extend Defendant's deadline to answer or otherwise plead through and including July 6, 2026, and grant such other and further relief as the Court deems just and proper.

Date: June 5, 2026

Respectfully submitted
By: */s/ Shaoyi Che*
Shaoyi Che
TX# 24139843
YoungZeal LLP
9355 John W. Elliott Dr, Ste 25555
Frisco, TX 75033
Telephone: (717) 440-3382
che@yzlaw.com

2

## **CERTIFICATE OF SERVICE**

I, Shaoyi Che, hereby certify that on June 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all participating counsel of record.

/s/ Shaoyi Che
Shaoyi Che