## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Makiko Kimura

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:26−cv−03337

                                                        Honorable Rebecca R.
                                                        Pallmeyer

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2026:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Unopposed Second Motion for extension of time to answer [43] is granted. Deadline for Defendant to file its answer or otherwise plead to complaint is extended to 7/6/2026. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.