## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MAKIKO KIMURA,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-03337

Judge Rebecca R. Pallmeyer

Magistrate Judge Albert Berry, III

## JOINT NOTICE OF SETTLEMENT

Plaintiff, MAKIKO KIMURA ("Plaintiff") and Defendant No. 6 DreamTrue Shop ("Defendant") hereby jointly notify the Court that they have reached settlement and the parties are awaiting the final execution of the settlement agreement and payment. Appropriate filings will follow the parties' execution of settlement documents. Defendant's Motion to Modify [37] is now moot.

Each party is to bear its own attorneys' fees, costs and expenses.

DATED:  June 12, 2026

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

/s/ Shaoyi Che
Shaoyi Che
TX# 24139843
YoungZeal LLP
9355 John W. Elliott Dr, Ste 25555
Frisco, TX 75033
Telephone: (717) 440-3382
E-mail: che@yzlaw.com

**ATTORNEY FOR DEFENDANT**

1

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 12, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt