AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:26-cv-03337 | DATE FILED<br>3/26/2026 | United States District Court<br>Northern District of Illinois |
| PLAINTIFF<br>Makiko Kimura | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order ☐ Judgment | ☐ Yes ☑ No | 9/24/2026 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | M.Nowak | 9/25/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

Print Save As... Reset

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Makiko Kimura

Plaintiff,

v.

Case No.: 1:26−cv−03337
Honorable Rebecca R. Pallmeyer

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 24, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: At plaintiff's request, this case is terminated as all remaining defendants have reached a settlement. Civil case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ MILES E. NOWAK
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
September 25, 2026

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-389-490**
**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

## Title

**Title of Work:** Three Gnomes in Wood

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 05, 2020
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-672**

**Effective Date of Registration:**
May 30, 2024
**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** Cute snowman

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** April 01, 2009
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-389-649**
**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

## Title

**Title of Work:** Gnomes Pool Party

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 15, 2022
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification


WELCOM

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-389-485**

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

## Title

**Title of Work:** Spring Gnomes

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** January 15, 2021
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-389-509**
**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

## Title

**Title of Work:** Two Snowmen And Dog

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 04, 2016
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-389-578**

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

## Title

**Title of Work:** Fall Three Gnomes

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** January 05, 2021
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-389-663**
**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

## Title

**Title of Work:** Santa Penguin And Snowman

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 05, 2017
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-389-665**
**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

## Title

**Title of Work:** Santa Reading List

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 05, 2015
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification


Dear Santa

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-389-448**

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 03, 2024

## Title

**Title of Work:** Santa With Reindeer

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 05, 2015
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-389-457**

**Effective Date of Registration:**
December 22, 2023

**Registration Decision Date:**
April 03, 2024

## Title

**Title of Work:** Snowman with Presents 2

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 04, 2016
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-389-648**
**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

## Title

**Title of Work:** Gnomes Kissing Flower

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 15, 2021
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-389-647**

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

## Title

**Title of Work:** Gnomes in Snowy Forrest

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 22, 2020
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-389-661**

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

## Title

**Title of Work:** Santa and Reindeers

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 06, 2016
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

